# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RANDAL N ROWSEY,**

        **Plaintiff,**

-vs-                                        Case No. 6:05-cv-629-Orl-31DAB

**MARYANNE MORSE, Clerk of the
Seminole County Courts,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on Application to Proceed *in Forma Pauperis* (Doc. No. 1) filed April 27, 2005.

On April 29, 2005, the United States Magistrate Judge issued a report (Doc. No. 6) recommending that the motion be denied. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. That the Application to Proceed *in Forma Pauperis* is DENIED. Plaintiff shall pay the filing fee by May 31, 2005, or this case will be DISMISSED without further notice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 19th day of May, 2005.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE